UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS J. CARREL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09-CV-844 |
| | ) | |
| v. | ) | Judge Johnson Coleman |
| | ) | |
| P.O. SISK #154 and P.O. STONE #167, | ) | Magistrate Judge Cole |
| Individually, and the VILLAGE OF BLUE | ) | |
| ISLAND, | ) | Jury Demand |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S BILL OF COSTS**

Defendants, POLICE OFFICER SISK ("Sisk") and POLICE OFFICER STONE ("Stone"), and the VILLAGE OF BLUE ISLAND, by their attorney in this matter, NEIL D. O'CONNOR and JAMES BROSNAHAN, for their Objections to Plaintiff's Bill of Costs, states as follows:

1. On April 21, 2011, a jury in the trial of this matter found in favor of Plaintiff and against Defendant Sisk on Plaintiff's unlawful entry count and awarded $600.

2. On April 21, 2011, a jury in the trial of this matter found in favor of Plaintiff and against Defendant Stone on Plaintiff's excessive force count and awarded $2000.

3. Pursuant to F.R.C.P. 68, Defendants sent an offer of judgment in the amount of $7,500 on July 27, 2010, which was not accepted by Plaintiff. *See* Exhibit "A", letter and Offer of Judgment, attached hereto.

4. The monetary judgments against Defendants and in favor of Plaintiff did not exceed the $7,500 offer of judgment. Defendants therefore object to awarding Plaintiff any costs and/or fees incurred by Plaintiff.

Respectfully submitted,

/s/ Neil D. O'Connor
One of the Attorneys for Defendants
POLICE OFFICER SISK and POLICE OFFICER STONE

Neil D. O'Connor
O'CONNOR & O'CONNOR
177 N. State Street 3rd Flr
Chicago, Illinois 60601
(708) 214-6151

and

/s/ James Brosnahan
One of the Attorneys for City of Blue Island
James Brosnahan
13051 S. Greenwood Avenue
Blue Island, IL 60406
(708) 396-7031